WORLOCK PAVING CORP., Appellant, v W. JAMES CAMPERLINO et al., Respondents. (Appeal No. 2.) [636 NYS2d 685] —Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Onondaga County, Major, J.—Summary Judg-

ment.) Present—Lawton, J. P., Wesley, Balio, Davis and Boehm, JJ.